```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ANTONIO BENNETT                         :
                                        :
     Petitioner,                       :      CIVIL ACTION NO.02-4520
                                        :
     vs.                               :
                                        :
CHARLES ZEMSKI, ASSISTANT               :
DISTRICT DIRECTOR, IMMIGRATION          :
AND NATURALIZATION SERVICE              :
                                        :
     Respondents.                      :
                                        :
                                        :

<u>ENTRY OF APPEARANCE</u>

     Kindly enter my appearance on behalf of the Respondents in the above-captioned matter.

                                                                           STEPHEN J. BRITT
                                                                           Assistant United States Attorney
                                                                           615 Chestnut Street, Suite 1250
                                                                           Philadelphia, PA 19106
                                                                           (215) 861-8443

Dated: July 15, 2002

**CERTIFICATE OF SERVICE**

  I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

    Antonio Bennett
    Berks County Prison
    1287 County Welfare Road
    Leesport, PA 19533-9397

    Pro se


    _____
    STEPHEN J.  BRITT
    Assistant United States Attorney

Dated: July 15, 2002