IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO BENNETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHARLES ZEMSKI, et al. | : | NO. 02-04520 |

**O R D E R**

      AND NOW, this      day of August, 2002, it is ORDERED that:

      1.  Respondent may file a response to the Petition for Writ of Habeas Corpus on or before September 5, 2002.

      2.  Petitioner may file a reply to the response on or before September 19, 2002.

ATTEST:                                  or      BY THE COURT

BY:_____             _____
    ARLENE L. QUINN                          JAMES McGIRR KELLY, J.
    Deputy Clerk

Civ 12 (9/83)