UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
YORK, PA

FILE: A78-516-884

IN THE MATTER OF:

BENNETT, ANTONIO

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Immigration and Naturalization Service and the respondent, it is hereby

__X__ ORDERED that the request for a change in custody status be denied.

_____ ORDERED that the request be granted and that respondent be:

_____ released from custody on his own recognizance

_____ released from custody under bond of $_____

__X__ OTHER _Current Bond is 7000.00_

Copy of this decision has been served on the respondent and the Service.

APPEAL: waived -- reserved  4-4-02

YORK -- YORK COUNTY PRISON

Date: Mar 5, 2002

_____
JOHN F. GOSSART, JR.
Immigration Judge

XS

RYS