UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
~~BALTIMORE, MD~~ YORK, PA

FILE: 78576884

IN THE MATTER OF:

Antonio Bennett

RESPONDENT

IN REMOVAL PROCEEDINGS

Memorandum of
ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Immigration and Naturalization Service and the respondent, it is hereby

**X** ORDERED that the request for a change in custody status be denied. 1/

____ ORDERED that the request be granted and that respondent be:

____ released from custody on his own recognizance

____ released from custody under bond of $_____

**X** OTHER Respondent has already received a bond hearing when he appeared before me on 3-5-02

Copy of this decision has been served on the respondent and the Service.

APPEAL: waived -- reserved

BALTIMORE -- ~~BALTIMORE, MARYLAND~~ YORK, PA

Date: 5/9/02

JOHN F. GOSSART, JR.
Immigration Judge

XS

1/ Respondent has not shown any changed circumstances
AMP to warrant further reconsideration.