## *CERTIFICATE OF SERVICE*

_____I certify hereby that on the 3d Day of September, 2002, I personally served or caused to be served a copy of the attached Government's Response to Petition for Writ of Habeas Corpus, addressed to:

        Antonio BENNETT    No. 5840
        Berks County Prison
        1287 County Welfare Road
        Leesport, PA    19533-9397

by first-class mail service upon plaintiff.

        _____
        STEPHEN J. BRITT
        United States Attorney's Office
        Suite 1250
        615 Chestnut Street
        Philadelphia, PA 19106-4476
        (215) 861-8443
        (215) 861-8642 facsimile