IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| BENNETT | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ZEMSKI | : | NO. 02-4520 |


O R D E R


AND NOW, this 20th day of September, 2002, in accordance with the court's

procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of

the Honorable James McGirr Kelly to the calendar of the Honorable Timothy J. Savage.


FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:


_____
MICHAEL E. KUNZ
Clerk of Court