IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTONIO BENNETT** | : **CIVIL ACTION** |
| | : |
| **v.** | : No. 02-CV-4520 |
| | : |
| **CHARLES ZEMSKI, IMMIGRATION AND NATURALIZATION SERVICE** | : |

## ORDER

**AND NOW**, this 15th day of April, 2004, upon consideration of the Petition for Writ of *Habeas Corpus* (Docket No. 1), the defendants' response and the petitioner's reply, and this Court having remanded petitioner's related writ of *habeas corpus* for a new hearing, Civil Action Number 02-9126 (Docket No. 12), it is **ORDERED** as follows:

1. The petition for writ of *habeas corpus* is **DISMISSED AS MOOT**.

2. The Clerk is directed to **CLOSE** this matter.

TIMOTHY J. SAVAGE, J.